# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Patricia Pope,

    Plaintiff(s),

vs.

Roy Cooper,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:11cv337

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/30/2011 Order.

Signed: September 30, 2011

Frank G. Johns, Clerk
United States District Court